[No. 62166-1-I.   Division One.   July 13, 2009.]

NORMA RAMIREZ, *Appellant*, v. WHATCOM COUNSELING AND PSYCHIATRIC CLINIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-00942-6, Michael E. Rickert, J. Pro Tem., entered August 4, 2008. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Grosse, J.

[No. 62273-1-I.   Division One.   July 13, 2009.]

*In the Matter of the Marriage of* ROBERT MILLER ADAMS, *Appellant*, and MICHELE E. ADAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-3-00149-1, Kenneth L. Cowsert, J., entered August 8, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Appelwick, JJ.

[No. 36877-3-II.   Division Two.   July 14, 2009.]

BRIAN FISH ET AL., *Respondents*, v. VICTOR MURESAN ET AL., *Appellants*, JEFF PILBY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-04256-8, John P. Wulle, J., entered August 31, 2007. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Bridgewater and Hunt, JJ.

[No. 37009-3-II.   Division Two.   July 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE LOIS AVILA-NAVARRO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05589-8, Stephanie A. Arend, J., entered November 21, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.